# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**United States of America,**

    v.                                                        **Case No. 2:22-cr-49(1)**

                                                            **Judge Michael H. Watson**

**Alexis George,**

## ORDER

There being no objections, and upon review of the Indictment, Plea Agreement, and Report and Recommendation of the Magistrate Judge ("R&R") the Court hereby adopts the R&R, ECF No. 129. The Court accepts Defendant's plea of guilty to Count 1 of the Indictment, and she is hereby adjudged guilty on that count. The Court will defer the decision of whether to accept the plea agreement until the sentencing hearing.

**IT IS SO ORDERED.**

                                                         _/s/ Michael H. Watson_
                                                         **MICHAEL H. WATSON, JUDGE**
                                                         **UNITED STATES DISTRICT COURT**